**FILED**

JAN 2 0 2016

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium <br>           Debtor(s). | DATE     1/20/16 at 10:30 AM |
| The Council of Co-Owners of the Altamont Manor Condominium <br>           Plaintiff(s), | CASE NO.     13-256 |
| v. | CHAPTER NO.     7 |
| Clarence Davis et al <br>           Defendant(s). | AP NO.     14-10027 |
| /s/ Sherman <br> Attorney for Plaintiff | Attorney for Defendant |

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____   TRIAL TIME: _____

NATURE OF PROCEEDINGS:   ☐ Core   ☐ Non-Core

MEDIATION MATERIALS:   ☐ Distributed   ☐ Withheld

COMMENTS: _C. to 02/17/2016 @ 10:00 AM_

/s/ S. Martin Teel, Jr.
S. MARTIN TEEL, JR.
United States Bankruptcy Judge

Page 1 of 2

Mr. Sherman reports:

    (1) Jason Corporation has failed to indicate it wishes to be substituted as the plaintiff, and there is no evidence that Washington Gas is seeking to have a renewed receivership.

    (2) Accordingly, the debtor is proceeding to pursue this adversary proceeding.

In light of that, the court continued the matter to the new date and time of February 17, 2016, at 10:00 a.m.