FILED

APR 27 2016

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium | DATE  April 27, 2016 at 10:30 AM |
| Debtor(s). | |
| The Council of Co-Owners of the Altamont Manor Condominium | CASE NO.  13-256 |
| Plaintiff(s), | |
| v. | CHAPTER NO.  7 |
| Cornell A. Holland Alegna Assoc, LLC | AP NO.  14-10022 |
| Defendant(s). | |

_____
Attorney for Plaintiff

_____
Attorney for Defendant

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____        TRIAL TIME: _____

NATURE OF PROCEEDINGS:       ☐ Core         ☐ Non-Core

MEDIATION MATERIALS:         ☐ Distributed  ☐ Withheld

COMMENTS: _____C. to 6/22/2016 @ 10:30 A.M._____

_____
S. MARTIN TEEL, JR.
United States Bankruptcy Judge