FILED
APR 27 2016
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The Council of Co-Owners of the
Altamont Manor Condominium
    Debtor(s).

DATE  April 27, 2016 at 10:30 AM

The Council of Co-Owners of the
Altamont Manor Condominium
    Plaintiff(s),

CASE NO.  13-256

v.

CHAPTER NO.  7

Ella Diggs
    Defendant(s).

AP NO.  14-10016

Attorney for Plaintiff      Attorney for Defendant

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____      TRIAL TIME: _____

NATURE OF PROCEEDINGS:     ☐ Core     ☐ Non-Core

MEDIATION MATERIALS:     ☐ Distributed     ☐ Withheld

COMMENTS: *R. 7041 vrly dismissal n. to be filed.*

_____
S. MARTIN TEEL, JR.
United States Bankruptcy Judge