**FILED**
JUN 2 2 2016
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium <br> Debtor(s). | DATE   June 22, 2016 at 10:30 AM |
| The Council of Co-Owners of the Altamont Manor Condominium <br> Plaintiff(s), | CASE NO.   13-256 |
| v. | CHAPTER NO.   7 |
| Linda Green Equity Trust <br> Defendant(s). | AP NO.   14-10020 |

_/s/ Sherman_                              _____
Attorney for Plaintiff              Attorney for Defendant

C. ke 8/17/16 @ 10:30 AM

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____     TRIAL TIME: _____

NATURE OF PROCEEDINGS:     ☐ Core        ☐ Non-Core

MEDIATION MATERIALS:       ☐ Distributed  ☐ Withheld

COMMENTS: _____
_____

_/s/_
S. MARTIN TEEL, JR.
United States Bankruptcy Judge