FILED

AUG 17 2016

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The Council of Co-Owners of the
Altamont Manor Condominium
         Debtor(s).

DATE   August 17, 2016

The Council of Co-Owners of the
Altamont Manor Condominium
         Plaintiff(s),

CASE NO.   13-256

v.

CHAPTER NO.   7

Linda Green Equity Trust
         Defendant(s).

AP NO.   14-10020

_____
Attorney for Plaintiff

_____
Attorney for Defendant

C. to 9/21/16 @ 1030 AM

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____     TRIAL TIME: _____

NATURE OF PROCEEDINGS:     ☐ Core     ☐ Non-Core

MEDIATION MATERIALS:     ☐ Distributed     ☐ Withheld

COMMENTS:   See AP 14-10019

S. MARTIN TEEL, JR.
United States Bankruptcy Judge