**FILED**
**SEP 2 1 2016**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium | DATE  September 21, 2016 10:30 AM |
| Debtor(s). | |
| The Council of Co-Owners of the Altamont Manor Condominium | CASE NO.  13-256 |
| Plaintiff(s), | |
| v. | CHAPTER NO.  7 |
| Linda Green Equity Trust | AP NO.  14-10020 |
| Defendant(s). | |
| _____ | _____ |
| Attorney for Plaintiff | Attorney for Defendant |

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____    TRIAL TIME: _____

NATURE OF PROCEEDINGS:    ☐ Core    ☐ Non-Core

MEDIATION MATERIALS:    ☐ Distributed    ☐ Withheld

COMMENTS: Receivership is now in place. D has counsel in the receivership. P's (and Sherman's) authority to pursue this A.P. is uncertain.

_____
S. MARTIN TEEL, JR.
United States Bankruptcy Judge