

**FILED**
**SEP 2 1 2016**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium | DATE  September 21, 2016 10:30 AM |
| Debtor(s). | |
| The Council of Co-Owners of the Altamont Manor Condominium | CASE NO.  13-256 |
| Plaintiff(s), | |
| v. | CHAPTER NO.  7 |
| Walter Hall, III | AP NO.  14-10019 |
| Defendant(s). | |

_____Sherman ✓_____          _____
Attorney for Plaintiff           Attorney for Defendant

C. to 11/30/2016 10:30 A.M.

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____          TRIAL TIME: _____

NATURE OF PROCEEDINGS:      ☐ Core      ☐ Non-Core

MEDIATION MATERIALS:        ☐ Distributed   ☐ Withheld

COMMENTS:  Receivership now in place. D has counsel in receivership. Sherman's auth'y to (& D's auth'y) to pursue is unclear.
(this A.P.)

_____/s/ Martin Teel_____
S. MARTIN TEEL, JR.
United States Bankruptcy Judge