**FILED**

AUG 17 2016

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The Council of Co-Owners of the
Altamont Manor Condominium
                    Debtor(s).

DATE ___August 17, 2016___

The Council of Co-Owners of the
Altamont Manor Condominium
                    Plaintiff(s),

CASE NO. ___13-256___

v.

CHAPTER NO. _7_

Gail Cooper
                    Defendant(s).

AP NO. ___14-10021___

_Sherman_____          _____
Attorney for Plaintiff                 Attorney for Defendant

C. to 9/21/16 @ 1030 AM

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____   TRIAL TIME: _____

NATURE OF PROCEEDINGS:        ☐ Core        ☐ Non-Core

MEDIATION MATERIALS:          ☐ Distributed  ☐ Withheld

COMMENTS: ____See AP 14-10019_____

_____

_____

                              _____
                              S. MARTIN TEEL, JR.
                              United States Bankruptcy Judge